No. 78–734. KANSAS CITY AREA TRANSPORTATION AUTHORITY v. DIVISION 1287, AMALGAMATED TRANSIT UNION, AFL–CIO. C. A. 8th Cir. Motion of American Public Transit Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 78–755. HOGAN, CORRECTIONS COMMISSIONER, ET AL. v. DUNKERLEY. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–761. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. v. UNITED STATES. C. A. D. C. Cir. Motion to defer consideration of petition for writ of certiorari and certiorari denied.

No. 78–764. NORTHERN CALIFORNIA SUPERMARKETS, INC. v. CENTRAL CALIFORNIA LETTUCE PRODUCERS COOPERATIVE ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 78–807. PLEASURE DRIVEWAY AND PARK DISTRICT OF PEORIA, ILLINOIS, ET AL. v. KUREK ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–5333. SHANNON v. ASSOCIATES FINANCIAL SERVICES COMPANY, WESTERN, ET AL. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–5359. JONES v. MORRIS, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE POWELL would grant certiorari.